# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED JULY 16, 2014

## NO. 03-10-00016-CV

**TJFA, L.P. and Concerned Citizens and Landowners, Appellants**

**v.**

**Texas Commission on Environmental Quality and Waste Management of Texas, Inc., Appellees**

### APPEAL FROM THE 53RD DISTRICT COURT OF TRAVIS COUNTY
### BEFORE JUSTICES PEMBERTON, GOODWIN, AND FIELD
### AFFIRMED -- OPINION BY JUSTICE GOODWIN

This is an appeal from the judgment signed by the trial court on December 9, 2009. Having reviewed the record and the parties' arguments, the Court holds that there was no reversible error in the trial court's judgment. Therefore, the Court affirms the trial court's judgment. The appellants shall pay all costs relating to this appeal, both in this Court and the court below.